IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:12-CR-016-SDJ-KPJ |
| | § |
| JASON THEODORE HOOPER | § |
| | § |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 22, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Solis Benson. The Government was represented by Brent Andrus.

On June 18, 2014, United States District Judge Richard A. Schell sentenced Defendant to a term of one hundred twenty-one (121) months' imprisonment, five (5) years of supervised release, and a special assessment fee of $100. On September 23, 2019, this matter was assigned to United States District Judge Sean D. Jordan.

On March 15, 2021, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 1433). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful possession or use of a controlled substance; (2) Defendant shall participate in psychiatric, psychological, or mental health treatment programs and follow the rules and regulations of such programs until discharged; and (3) Defendant shall participate in an inpatient treatment program for drug abuse and follow the rules and regulations of that program until discharged.

The Petition asserts that Defendant violated these conditions because: (1) Defendant's urine specimen tested positive for amphetamine and methamphetamine on November 7 and 10, 2020, January 4, 2021, and February 9 and 13, 2021; (2) Defendant did not attend his mental health evaluation at Texoma Counseling Associates on November 10, 2020; and (3) Defendant did not report for an intake appointment on March 1, 2021 at Adult and Teen Challenge.

At the April 22, 2021 hearing, Defendant entered a plea of true to allegations 1, 2, and 3. *See* Dkt. 1455. Defendant also consented to revocation of his supervised release and waived his right to appear before the District Judge. *See* Dkt. 1456. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 22, 2021 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, followed by fifty-four (54) months of supervised release. While on supervised release, Defendant shall comply with the conditions of release previously imposed. In addition, Defendant shall participate in an inpatient treatment program for drug abuse, as directed by the Probation Officer, and follow the rules and regulations of that program until discharged; and Defendant shall take all mental health medications that are prescribed by his treating physician and pay any cost associated with treatment and testing.

**So ORDERED and SIGNED this 26th day of April, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE