IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 4:12-CR-016-SDJ-KPJ |
| | § | |
| JASON THEODORE HOOPER | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 26, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #1461) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, followed by fifty-four (54) months of supervised release with the same conditions of release previously imposed. The Magistrate Judge also recommended that Defendant shall participate in an inpatient treatment program for drug abuse, as directed by the Probation Officer, and follow the rules and regulations of the program until discharged; and Defendant shall take all mental health medications that are prescribed by his treating physician and pay any cost associated with treatment and testing.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, followed by fifty-four (54) months of supervised release with the same conditions of release previously imposed. Defendant shall also participate in an

inpatient treatment program for drug abuse, as directed by the Probation Officer, and follow the rules and regulations of the program until discharged; and Defendant shall take all mental health medications that are prescribed by his treating physician and pay any cost associated with treatment and testing.

**So ORDERED and SIGNED this 7th day of June, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE